# United States Bankruptcy Court
## Eastern District of Missouri

In re: **Tracy Lynn Evans**
**Janjela Dawn Evans**
Debtor(s)

Case No. **10-41966-399**
Chapter **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Hourly** |
   | Prior to the filing of this statement I have received | $ **900.00** |
   | Balance Due | $ **Per Court** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☑ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☑ Debtor   ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **All services before case is closed: Identify goals of client(s); develop and discuss alternatives; help client(s) decide on course of action; take phone calls from creditors to advise of status of bankruptcy; exemption planning; forwarding documents and information to Trustee; lien avoidance actions; adversary proceeding or contested matter; filing of certification of completion of financial management course before deadline; assistance in audits referred to in 28 U.S.C. 586(f).**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **services after the case is closed, including without limitation actions to reopen a closed case; general legal advice including without limitation tax advice.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **April 30, 2015**

**/s/ Edward J. Karfeld**
Edward J. Karfeld 19912MO
Karfeld Law Firm, P.C.
680 Craig Road, Suite 306
Saint Louis, MO 63141
314-231-1312  Fax: 314-231-3867
ejk@karfeldlaw.com